UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| OAKHURST HOSPITALITY, INC.; dba HOLIDAY INN EXPRESS, *et al*, § § § § Plaintiffs, § VS. § § LEXINGTON INSURANCE COMPANY, § *et al*, § § Defendants. § § § | CIVIL ACTION NO. 2:17-CV-198 |

## FINAL JUDGMENT

It is the final judgment of this Court that this case is remanded to the 148th Judicial District Court of Nueces County, Texas. Pursuant to 28 U.S.C. § 1447(c), a certified copy of the order of remand shall be mailed by the clerk to the clerk of the State court.

ORDERED this __12__ day of October, 2017.

_____
HAYDEN W. HEAD, JR.
SENIOR UNITED STATES DISTRICT JUDGE